# UNITED STATES DISTRICT COURT
for the
District of Nebraska

**SEALED**

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 8:23MJ604 |
| JAMES L. HATTEN, II | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of May 10, 2022 - December 4, 2023 in the county of Douglas in the District of Nebraska, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1591(a)(1) and (b)(2); | Defendant did, in and affecting interstate commerce, knowingly entice, obtain, and patronize a person knowing and in reckless disregard that she was under 18 and would be caused to engage in a commercial sex act. |
| 18 U.S.C. § 2251(a); | Defendant did knowingly use, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct. |
| 21 U.S.C. §§ 841(a)(1), (b)(1)(C), and 859(a) | Defendant, being at least 18, did knowingly and intentionally distribute cocaine, a Schedule II controlled substance, to a person under 21. |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Christina Worster, S.A., HSI
*Printed name and title*

☐ Sworn to before me and signed in my presence.

☑ Sworn to before me by telephone or other reliable electronic means.

Date: 12-4-23

*Judge's signature*

City and state: Omaha, Nebraska

Susan M. Bazis, U.S. Magistrate Judge
*Printed name and title*