FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2023 DEC 11 PM 2:31
OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>JAMES L. HATTEN, II,<br><br>      Defendant. | 8:23CR245<br><br>INDICTMENT<br>18 U.S.C. §§ 1591(a) & (b)(2)<br>18 U.S.C. § 2251(a) & (e)<br>21 U.S.C. § 1594(d) |

The Grand Jury charges that

## COUNT I

On or about May 1, 2022, through September 1, 2022, in the District of Nebraska and elsewhere, in and affecting interstate commerce, the defendant, JAMES L. HATTEN, II, did knowingly recruit, entice, harbor, transport, provide, obtain, maintain, patronize, and solicit a minor female identified as MINOR VICTIM 1, and having had a reasonable opportunity to observe MINOR VICTIM 1 and knowing and in reckless disregard that MINOR VICTIM 1 was under the age of 18 years old and knowing and in reckless disregard that MINOR VICTIM 1 would be caused to engage in a commercial sex act.

In violation of Title 18, United States Code, Sections 1591(a) and (b)(2).

## COUNT II

On or about May 1, 2023, through September 1, 2023, in the District of Nebraska and elsewhere, in and affecting interstate commerce, the defendant, JAMES L. HATTEN, II, did knowingly recruit, entice, harbor, transport, provide, obtain, maintain, patronize, and solicit a minor female identified as MINOR VICTIM 2, and having had a reasonable opportunity to observe MINOR VICTIM 2 and knowing and in reckless disregard that MINOR VICTIM 2 was

1

under the age of 18 years old and knowing and in reckless disregard that MINOR VICTIM 2 would be caused to engage in a commercial sex act.

In violation of Title 18, United States Code, Sections 1591(a) and (b)(2).

## COUNT III

On or about May 1, 2022, through September 1, 2022, in the District of Nebraska, the defendant, JAMES L. HATTEN, II,, did knowingly use, persuade, induce, entice, and coerce, and attempt to use, persuade, induce, entice, and coerce a minor, MINOR VICTIM 1, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct and the defendant knew and had reason to know that the visual depiction would be transported in interstate commerce and using a means or facility of interstate commerce.

In violation of Title 18, United States Code, Section 2251(a) and (e).

## COUNT IV

On or about May 1, 2022, through September 1, 2022, in the District of Nebraska, JAMES L. HATTEN, II, defendant herein and a person at least eighteen years of age, did knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine, its salts, optical and geometric isomers and salts of its isomers, a Schedule II controlled substance, to MINOR VICTIM 1, a person under 21 years of age.

In violation of Title 21, United States Code, Section 841(a)(1), Title 21, United States Code, Section 841(b)(1)(C), and Title 21, United States Code, Section 859(a).

## COUNT V

On or about May 1, 2023, through September 1, 2023, in the District of Nebraska, JAMES L. HATTEN, II, defendant herein and a person at least eighteen years of age, did knowingly and intentionally distribute a mixture and substance containing a detectable amount of

cocaine, its salts, optical and geometric isomers and salts of its isomers, a Schedule II controlled substance, to MINOR VICTIM 2, a person under 21 years of age.

In violation of Title 21, United States Code, Section 841(a)(1), Title 21, United States Code, Section 841(b)(1)(C), and Title 21, United States Code, Section 859(a).

A TRUE BILL.

FOREPERSON

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

KELLI L. CERAOLO, MN #0398049
Assistant U.S. Attorney

3