IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:23CR245 |
| vs. | ORDER |
| JAMES L. HATTEN, II, | |
| Defendant. | |

On October 9, 2024, the court held a hearing on the motion of Kelly M. Steenbock to withdraw as counsel for the defendant, James L. Hatten, II (Filing No. 47). After inquiry of the Defendant and his counsel, the court granted Kelly M. Steenbock's motion to withdraw (Filing No. 47).

Peder C. Bartling, 209 South 19th Street, Suite 500, Omaha, NE 68102, (402) 630-2229, is appointed to represent James L. Hatten, II for the balance of these proceedings pursuant to the Criminal Justice Act. Kelly M. Steenbock shall forthwith provide Peder C. Bartling any discovery materials provided to the defendant by the government and any such other materials obtained by Kelly M. Steenbock which are material to James L. Hatten, II's defense.

The clerk shall provide a copy of this order to Peder C. Bartling and the defendant.

**IT IS SO ORDERED.**

Dated this 10th day of October, 2024.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge