IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                                      )<br>            Plaintiff,               )<br>                                                      )<br>   vs.                                            )<br>                                                      )<br>JAMES L. HATTEN, II,                )<br>                                                      )<br>            Defendant               ) | 8:23CR245<br><br>ORDER |

    This matter is before the court following a telephone status conference held on November 25, 2024. The defendant requests more time to try to resolve this matter short of trial, or in the alternative, prepare for trial. For good cause shown, the defendant's Unopposed Motion to Continue Trial [56] is granted. Accordingly,

    **IT IS ORDERED** that the Unopposed Motion to Continue Trial [56] is granted as follows:

1. The jury trial, now set for February 3, 2024, is continued to **May 27, 2025.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and May 27, 2025**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED: November 25, 2024**

                                                                     **BY THE COURT:**

                                                                     s/ Michael D. Nelson
                                                                     **United States Magistrate Judge**