IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>JAMES L. HATTEN, II,<br><br>                Defendant. | 8:23-CR-245<br><br>**ORDER OF RECUSAL** |

      Pursuant to federal law, "[a]ny . . . judge of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." 28 U.S.C. § 455(a). In making this decision, "[w]hat matters is not the reality of bias or prejudice but its appearance." *United States v. Woods*, 978 F.3d 554, 570 (8th Cir. 2020) (internal quotation marks omitted) (quoting *Liteky v. United States*, 510 U.S. 540, 548 (1994)). Courts "apply an objective standard that asks whether all the attendant circumstances would raise doubt in the mind of an average person about the judge's impartiality." *Johnson v. Steele*, 999 F.3d 584, 587 (8th Cir. 2021). Based upon all the attendant circumstances in this case and to avoid even the appearance of partiality, the undersigned judge shall, and hereby does, recuse himself from the above-designated case pursuant to 28 U.S.C. § 455(a). Accordingly,

      IT IS ORDERED:

      1. The defendant's oral Motion to Recuse, Filing 81 (Text Minute Entry), is granted;

      2. The undersigned judge is recused from the above-designated case; and

      3. The Clerk of Court shall prepare a reassignment order in accordance with NEGenR 1.4(a)(3)(A) and submit the order to Chief Judge Robert F. Rossiter for approval.

Dated this 5th day of September, 2025.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge